# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH MARCHESANO,<br><br>        Petitioner,<br><br>   v.<br><br>MARK GARMIN, *et al.*,<br><br>        Respondents. | CIVIL ACTION NO. 19-3318 |

## ORDER

**AND NOW,** this 30th day of August 2022, upon careful and independent consideration of the Petition for Habeas Corpus and the related filings; and upon review of the Report and Recommendation ("R&R") of United States Magistrate Judge Lynne A. Sitarski and the objections thereto; and for the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that:

1. The objections are **OVERRULED**;

2. The Report and Recommendation is **APPROVED** and **ADOPTED**;

3. The Petition for Writ of Habeas Corpus is **DISMISSED with prejudice** and without an evidentiary hearing;

4. A certificate of appealability will not issue as there is no basis for concluding that "reasonable jurists could debate whether . . . the petition should have been resolved in a different manner or that the issues presented were adequate to deserve encouragement to proceed further;"[1] and

---

[1] *Slack v. McDaniel*, 529 U.S. 473, 484 (2000) (internal citation and quotation omitted).

2

5. The Clerk of Court is directed to **CLOSE** the case.

It is so **ORDERED**.

**BY THE COURT:**

**/s/ Cynthia M. Rufe**

**CYNTHIA M. RUFE, J.**